**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WHITE,<br><br>                         Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF BUSINESS<br>AND INDUSTRY, et al.,<br><br>                         Defendants. | 3:25-cv-00240-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 8 |

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendants. (ECF No. 8.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Serve Defendants (ECF No. 8) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, May 1, 2026,** in which to serve the Defendants.

**IT IS SO ORDERED.**

DATED:  March 2, 2026.

_____

Craig S. Denney
United States Magistrate Judge