AARON FORD
  Attorney General
Ashley M. Kim, Esq. (NV Bar No. 15760)
  Deputy Attorney General
Lina S. Sakalauskas, Esq. (NV Bar No. 7893)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-34202 (phone)
(702) 486-3768 (fax)
amkim@ag.nv.gov
lsakalauskas@ag.nv.gov
*Attorneys for State Defendants*

Ashley M. Kim, Esq.
*Attorney for Defendant Nevada Dept. of
Business & Industry, Division of Industrial
Relations, Workers' Compensation Section*

Lina S. Sakalauskas, Esq.
*Attorney for Defendant Nevada Attorney for
Injured Workers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WHITE, | Case No.: 3:25-CV-00240-MMD-CSD |
| Plaintiff, | **ORDER APPROVING STATE DEFENDANTS' MOTION TO SHORTEN TIME** |
| vs. | |
| NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY DIVISION OF INDUSTRIAL RELATIONS, WORKERS COMPENSATION SECTION; EMPLOYERS INSURANCE COMPANY OF NEVADA; NEVADA ATTORNEYS FOR INJURED WORKERS; TERRI LEVRICH; BRANDON MCCAIN; JASON LUIS; EIKELBERGER APPEALS OFFICER; MAIRA CABLE; STEVEN SAMIOTES; TASHA EATON; KRISTOPHER SANCHEZ; VICTORIA CARREON; JODIE TONKIN, | **FIRST REQUEST** |
| Defendants. | |

Defendants Nevada Department of Business and Industry ("B&I"), Division of Industrial Relations ("DIR"), Workers Compensation Section ("WCS"); and Nevada Attorney for Injured Workers ("NAIW") (collectively, "State Defendants"), by and through their attorneys, AARON FORD, ESQ., NEVADA ATTORNEY GENERAL, Ashley M. Kim, Esq., Deputy Attorney General, and Lina S. Sakalauskas, Esq., Deputy Attorney General, hereby submit their motion to shorten time on State Defendants' Motion for Continuance filed on July 2, 2026. This motion is made and based upon the attached Declaration of Counsel.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    RELEVANT FACTS

1.    On May 26, 2026, the Court entered an Order Setting Case Management Conference (ECF 19), setting an in-person case management conference before the Court on Friday, July 10, 2026, at 9:00 a.m., in Courtroom 2. This order further states "lead counsel for each party are ordered to meet and confer either, in person, or telephonically" within twenty days of the case management conference.

2.    On May 26, 2026, the Court entered a Civil Standing Order (ECF 20), ordering the parties to file an initial Joint Case Management Report by July 6, 2026.

3.    On July 2, 2026, the undersigned counsel mailed Plaintiff Robert White, appearing in pro se, a letter, requesting he return contact to schedule a time to meet and confer prior to the case management conference. The undersigned counsel do not have Plaintiff's email address or phone number to contact him via faster means.

4.    To date, the parties have not scheduled a time to meet-and-confer prior to the case management conference.

5.    Additionally, presently pending before the Court is State Defendants' Motion to Dismiss (ECF 25) filed on July 11, 2026. Plaintiff filed an opposition to this motion (ECF 32) on June 22, 2026. State Defendants filed their reply (ECF 34) on June 29, 2026, and the motion is pending the Court's decision.

//

6.    On July 2, 2026, State Defendants filed a Motion for Continuance, requesting the July 10, 2026, case management conference and July 6, 2026, joint case management report deadline be continued to a later date, after the Court's decision on the pending motion to dismiss.

## II.    ARGUMENT

### A.    Standard for Shortening Time

Pursuant to LR IA 6-1(d), "Motions to shorten time will be granted only upon an attorney or party's declarations describing the circumstances claimed to constitute good cause to justify shortening of time. The moving party must advise the courtroom administrator for the assigned judge that a motion for an order shortening time was filed."

### B.    Good cause justifies shortening time on State Defendants' Motion for Continuance because the motion seeks to continue a case management conference present scheduled for July 10, 2026, a date prior to the end of briefing schedule on the Motion for Continuance.

On July 2, 2026, State Defendants filed a Motion for Continuance, requesting a continuance of the July 10, 2026, in-person case management conference and the July 6, 2026, Joint Case Management Report deadline. Because the filed motion affords non-movants the standard time for filing any opposition, the briefing on that motion does not end until after July 10, 2026, the in-person case management conference date. For this reason, good cause exists for a shortened briefing/opposition schedule on State Defendants' Motion for Continuance.

//
//
//
//
//
//
//
//

## III.    CONCLUSION

For the foregoing reasons, State Defendants respectfully request the Court shorten time for Plaintiff's response/opposition to State Defendants' Motion for Continuance. Should the Court grant State Defendants' Motion to Shorten Time, State Defendants waive the filing of any reply in support of their Motion for Continuance, in the interest of having the motion adjudicated faster.

DATED this 2nd day of July 2026.

AARON FORD
Attorney General

By:    */s/ Ashley M. Kim*
Ashley M. Kim, Esq. (NV Bar No. 15760)
Deputy Attorney General
*Attorney for Nevada Department of Business  and Industry, Division of Industrial Relations, Workers' Compensation Section*

*/s/ Lina S. Sakalauskas*
Lina S. Sakalauskas, Esq. (NV Bar No. 7893)
Deputy Attorney General
*Attorney for Nevada Attorney for Injured Workers*

Plaintiff shall file their response to the Motion to Continue Case Management Conference (ECF No. 37) no later than Wednesday, July 8, 2026.

**IT IS SO ORDERED.**

Dated: July 6, 2026.

_____
Craig S. Denney
U.S. Magistrate Judge

## <u>DECLARATION OF COUNSEL</u>

I, Ashley M. Kim, declare under penalty of perjury that the following is true and correct:

1. I am a Nevada-licensed attorney and am employed by the Office of the Nevada Attorney General. I represent Defendant Nevada Department of Business and Industry, Division of Industrial Relations, Workers' Compensation Section, and have prepared this declaration in support of State Defendants' Motion to Shorten Time in Case No. 3:25-CV-00240-MMD-CSD.

2. On July 2, 2026, State Defendants filed a Motion for Continuance, requesting the in-person case management conference set for July 10, 2026, and the joint case management report deadline of July 6, 2026, be continued/extended to a date(s) after the Court's decision on the pending State Defendants' Motion to Dismiss filed on June 11, 2026.

3. On July 2, 2026, State Defendants served via USPS mail a file-stamped copy of State Defendants' Motion for Continuance.

4. Counsel for State Defendants, including myself, do not have knowledge of Plaintiff Robert White's phone number(s) or email address(es). The only known means of State Defendants' communication with Plaintiff is traditional mailing (e.g., via USPS).

5. To date, counsel for State Defendants have not received any communication from Plaintiff Robert White regarding scheduling a pre-case-management-conference meet-and-confer or discussion about discovery or the merits of the case.

6. Good cause exists for the shortening of time on State Defendants' Motion for Continuance, as the motion seeks a continuance of the case management conference set for July 10. However, the standard time afforded to Plaintiff for filing any opposition for this motion extends beyond July 10. For this reason, good cause exists for shortening the opposition deadline on the motion for continuance, so that the Court may rule on the motion prior to July 10, the date of the scheduled case management conference.

DATED this 2nd day of July 2026.

/s/ Ashley M. Kim
Ashley M. Kim, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 29th day of June 2026, I filed the foregoing **STATE DEFENDANTS' MOTION TO SHORTEN TIME - FIRST REQUEST** by causing a true and correct copy thereof to be filed with the United States District Court. I further certify that all parties who are registered users and will be served via this Court's Electronic Filing System (EFS). The certificate will be served U.S. mail to the following:

Robert White
535 Broadway Blvd., Apt. 6
Reno, NV 89502
*Plaintiff*

/s/ *Ashley M. Kim*
An Employee of the Attorney General's Office