**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT WHITE,

   Plaintiff,

vs.

NEVADA DEPT. OF BUSINESS AND
INDUSTRY, et al,

   Defendants.

Case Number 3:25-cv-00240-MMD-CSD

**ORDER APPROVING MOTION TO
CONTINUE CASE MANAGEMENT
CONFERENCE AND JOINT CASE
MANAGEMENT REPORT DEADLINE**

On May 26, 2026, an order was issued scheduling a Case Management Conference for Friday, July 10, 2026, at 9:00 a.m. (ECF No. 19).

On July 2, 2026, Defendants filed their motions to continue (ECF No. 37) and to shorten time for Plaintiff's response to be filed (ECF No. 38). The motion to shorten time was granted (ECF No. 39). Plaintiff had until July 8, 2026, to file his response to the motion to continue. To date, a response has not been filed.

Good cause appearing, the motion to continue (ECF No. 37) is granted. The Case Management Conference set for July 10, 2026, at 9:00 a.m. and related deadlines (ECF No. 19) are vacated.

If the ruling on the Motion to Dismiss (ECF No. 25) does not dispose of this case in its entirety, the parties must file a discovery plan and scheduling order no later than fourteen (14) days thereafter.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE